[No. 71669-7-I.  Division One.  July 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY GREG O'HAVER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03170-5, John R. Hickman, J., entered May 24, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Appelwick, JJ.

[No. 71730-8-I.  Division One.  July 7, 2014.]

DEREK J. YOUNG, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-08147-3, Thomas Felnagle, J., entered January 25, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 71738-3-I.  Division One.  July 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK LAMONT THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-02671-0, Kathryn J. Nelson, J., entered February 15, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ.